| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | WILLIAM GAUS (SBN 054999) |
| 2 | EMAIL: wg@dillinghammurphy.com |
| | BARBARA L. HARRIS CHIANG (SBN 206892) |
| 3 | EMAIL: bhc@dillinghammurphy.com |
| 4 | 225 Bush Street, 6th Floor |
| | San Francisco, California 94104-4207 |
| 5 | Telephone:   (415) 397-2700 |
| | Facsimile:   (415) 397-3300 |
| 6 | |
| | Attorneys For Plaintiff and |
| 7 | Counterdefendant Matthew Frushell |
| 8 | |
| | STANZLER FUNDERBURK & CASTELLON LLP |
| 9 | JORDAN S. STANZLER (SBN 54620) |
| | EMAIL jstanzler@sfcfirm.com |
| 10 | 180 Montgomery St., Suite 1700 |
| | San Francisco, CA 94104 |
| 11 | Telephone:   (415) 677-1450 |
| | Facsimile:   (415) 677-1476 |
| 12 | |
| | Attorneys for Defendant and Counterclaimant |
| 13 | Blackstone Medical, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FRUSHELL, | CASE NO. 3:06-cv-05690 PJH |
| PLAINTIFF, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PLAINTIFF AND COUNTERDEFENDANT'S HEARING ON MOTION TO DISMISS |
| v. | |
| BLACKSTONE MEDICAL, INC., a corporation, and DOES 1-10, INCLUSIVE, | |
| DEFENDANTS. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to Local Rules 7-7 and 6-1, Plaintiff and counterdefendant MATTHEW FRUSHELL ("Frushell") and defendant and counterclaimant BLACKSTONE MEDICAL, INC. ("Blackstone Medical") hereby stipulate, through their counsel of record to continue the hearing on Plaintiff's Motion To Dismiss Defendant's Counterclaim For Failure To State A Claim On

1 Which Relief May Be Granted from November 29, 2006 to December 13, 2006 at 9:00 a.m. and to
2 change time for serving and filing of defendant's opposition to no later than November 14, 2006.
3       There is good cause for the entry of this Order because counsel for Blackstone Medical has
4 been unable to review the proposed response with the client.

5 DATED:  NOVEMBER 8, 2006        DILLINGHAM & MURPHY, LLP
                                                           WILLIAM GAUS
6                                                             BARBARA L. HARRIS CHIANG

8                                     BY:  /S/_____
                                                             ATTORNEYS FOR PLAINTIFF AND
9                                                              COUNTERDEFENDANT MATTHEW FRUSHELL

11 DATED: NOVEMBER 8, 2006         STANZLER FUNDERBURK &
12                                                              CASTELLON LLP
                                                             JORDAN S. STANZLER
13

15                                   BY:  /S/_____
                                                             ATTORNEYS FOR DEFENDANT AND
                                                             COUNTERCLAIMANT
16                                                               BLACKSTONE MEDICAL, INC.

17                                                               ORDER

18       Pursuant to the parties' stipulation, <u>IT IS SO ORDERED</u> that the hearing on Plaintiff's
19 Motion To Dismiss Defendant's Counterclaim For Failure To State A Claim On Which Relief
20 May Be Granted is continued from November 29, 2006 to December 13, 2006 at 9:00 a.m.
21 Blackstone Medical will file and serve its opposition to the motion no later than November 14,
22 2006.

24      11/9/06
   Dated: _____              _____
25                                                   UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*