1  Jordan S. Stanzler (State Bar No. 054620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  180 Montgomery Street, Suite 1700
   San Francisco, CA  94104
3  Telephone:  (415) 677-1450
   Facsimile: (415) 677-1476
4
   Attorneys for Defendant Blackstone Medical, Inc.
5

6                      UNITED STATES DISTRICT COURT
7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
   MATTHEW FRUSHELL,                )  Case No. 3:06-cv-05690-PJH
9                                    )
          Plaintiff,                 )  STIPULATION AND [PROPOSED] ORDER
10                                   )  CONTINUING THE INITIAL CASE
       vs.                          )  MANAGEMENT CONFERENCE
11                                   )
   BLACKSTONE MEDICAL, INC.,         )
12                                   )  Complaint Filed August 30, 2006
          Defendant.                 )
13 _____ )

14

15        Plaintiff and counterdefendant MATTHEW FRUSHELL and Defendant and

16 counterclaimant BLACKSTONE MEDICAL, INC. hereby stipulate, through their counsel of

17 record to continue the initial case management conference presently scheduled for December 21,

18 2006 to January 11, 2007.

19        There is good cause for the entry of this Order because counsel for Blackstone

20 Medical, Inc. must appear for a court ordered deposition in Southern California on December 21,

21 2006.

22

23 Dated: December  1 , 2006          DILLINGHAM & MURPHY, LLP

24

25

26                                   By: _____
                                         Attorneys for Plaintiff and Counterdefendant
27                                       Matthew Frushell

28

                                            1

1    Dated: December ___, 2006                    STANZLER FUNDERBURK & CASTELLON LLP

2

3                                                 By: _____
                                                      Jordan S. Stanzler
4                                                     Attorneys for Defendant and Counterclaimant
                                                      Blackstone Medical, Inc.
5

6

7

8    IT IS SO ORDERED

     DATED:  12/6/06
9                                                                                    Court Judge

10

11

                                                 IT IS SO ORDERED

                                                 Judge Phyllis J. Hamilton

                                                 UNITED STATES DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2