DILLINGHAM & MURPHY, LLP
WILLIAM GAUS (SBN 054999)
EMAIL: wg@dillinghammurphy.com
BARBARA L. HARRIS CHIANG (SBN 206892)
EMAIL: bhc@dillinghammurphy.com
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:     (415) 397-2700
Facsimile:      (415) 397-3300

    Attorneys For Plaintiff and
    Counterdefendant Matthew Frushell


STANZLER FUNDERBURK & CASTELLON LLP
JORDAN S. STANZLER (SBN 54620)
EMAIL jstanzler@sfcfirm.com
180 Montgomery St., Suite 1700
San Francisco, CA 94104
Telephone:     (415) 677-1450
Facsimile:      (415) 677-1476

    Attorneys for Defendant and Counterclaimant
    Blackstone Medical, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


MATTHEW FRUSHELL,

                    PLAINTIFF,

        v.

BLACKSTONE MEDICAL, INC., a
corporation, and DOES 1-10, INCLUSIVE,

                    DEFENDANTS.

AND RELATED COUNTERCLAIM

CASE NO. 3:06-cv-05690 PJH

AMENDED STIPULATION AND
[PROPOSED] ORDER ALLOWING
PLAINTIFF TO FILE AMENDED
MOTION TO DISMISS


        Plaintiff and Counterdefendant MATTHEW FRUSHELL ("Frushell") and Defendant and

Counterclaimant BLACKSTONE MEDICAL, INC. ("Blackstone Medical") hereby stipulate,

through their counsel of record to allow Frushell to file Plaintiff's Amended Motion To Dismiss

Defendant's Counterclaim For Failure To State A Claim On Which Relief May Be Granted

1  Memorandum Of Points And Authorities In Support Of Motion, (attached as Exhibit A) in order

2  to delete references to *Edwards v. Arthur Anderson, LLP* (2006) 142 Cal. App. 4th 603.  The

3  California Supreme Court granted review of *Edwards* on November 29, 2006, making it

4  inappropriate for citation pursuant to Local Rule 3-4(e).

5          In order to comply with Local Rule 3-4(e) the following amendments have been made to

6  the Frushell's opening brief:

7   •  *Edwards v. Arthur Anderson, LLP* (2006) 142 Cal. App. 4th 603 has been deleted from the

8      Table of Authorities;

9   •  Page 3, line 27-Page 4, line 8 previously stated:

10  "State and federal courts in California have repeatedly held "section 16600 to be an expression
    of public policy which ensures that every citizen retains the right to pursue any lawful
11  employment and enterprise of his or her choice." *Edwards v. Arthur Anderson, LLP* (2006)
    142 Cal. App. 4th 603, 614, *Latona v. Aetna U.S. Healthcare, Inc.* (C.D. Cal. 1999) 82 F. Supp.
12  2d 1089, 1093-1094 ("This protection against restraint of employment qualifies as a strong
    public policy in California"); *Scott v. Snelling and Snelling, Inc.* (N.D. Cal. 1990) 732 F. Supp.
13  1034, 1039-40; *Kelton v. Stravinski* (2006) 138 Cal. App. 4th 941, 946; *Application Group,
    Inc. v. Hunter Group, Inc.,* (1998) 61 Cal. App. 4th 881, 900 ("[S]ection 16600 reflects a strong
14  public policy of the State of California."  (internal quotation marks omitted))."

15  •  Page 3, line 27 – Page 4, line  7 now states:

16  "State and federal courts in California have repeatedly held section 16600 to be an expression
    of public policy ensuring that citizens retains the right to pursue any employment of his or her
17  choice.  *Latona v. Aetna U.S. Healthcare, Inc.* (C.D. Cal. 1999) 82 F. Supp. 2d 1089, 1093-
    1094 ("This protection against restraint of employment qualifies as a strong public policy in
18  California"); *Scott v. Snelling and Snelling, Inc.* (N.D. Cal. 1990) 732 F. Supp. 1034, 1039-40;
    *Kelton v. Stravinski* (2006) 138 Cal. App. 4th 941, 946; *Application Group, Inc. v. Hunter
19  Group, Inc.,* (1998) 61 Cal. App. 4th 881, 900 ("[S]ection 16600 reflects a strong public policy
    of the State of California."  (internal quotation marks omitted))."

20  •  The last paragraph of the brief, page 8, line 27 through page 9, line 10, which discussed

21      Edwards, has been deleted in the amended papers.

22  //
23  //
24  //
25  //
26  //
27  //
28

1    The foregoing stipulation was submitted to the Court on November 29, 2006.  Exhibit A to

2    the stipulation erroneously stated that the hearing on the motion to dismiss was scheduled for

3    November 29, 2006.  An amended Exhibit A (Second Amended Motion To Dismiss Defendant's

4    Counterclaim For Failure To State A Claim On Which Relief May Be Granted Memorandum Of

5    Points And Authorities In Support Of Motion) is attached hereto reflecting the correct hearing

6    date of December 13, 2006.

7    DATED:  DECEMBER 5, 2006            DILLINGHAM & MURPHY, LLP
                                          WILLIAM GAUS
8                                         BARBARA L. HARRIS CHIANG

9

10                              BY:   /S/_____
                                      ATTORNEYS FOR PLAINTIFF AND
11                                    COUNTERDEFENDANT MATTHEW FRUSHELL

12

13   DATED: DECEMBER 5, 2006             STANZLER FUNDERBURK &
14                                       CASTELLON LLP
                                         JORDAN S. STANZLER
15

16                              BY:   /S/_____
17                                    ATTORNEYS FOR DEFENDANT AND
                                      COUNTERCLAIMANT
18                                    BLACKSTONE MEDICAL, INC.

19                                    ORDER

20   Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff's Second Amended

21   Motion To Dismiss Defendant's Counterclaim For Failure To State A Claim On Which Relief

22   May Be Granted Memorandum Of Points And Authorities In Support Of Motion, (attached as

23   Amended Exhibit A) may be accepted for filing in order to delete references to *Edwards v. Arthur*

24   *Anderson, LLP* (2006) 142 Cal. App. 4th 603.

25

26

27
     Dated:  12/6/06
28   Dated: _____        _____
                                            UNITED STATES DISTRICT COURT JUDGE