**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW FRUSHELL,

    Plaintiff,

    v.

BLACKSTONE MEDICAL, INC,

    Defendant.

No. C-06-5690 PJH

**ORDER DENYING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**

    Plaintiff's motion to dismiss defendant's counterclaim came on for hearing before this court on December 13, 2006. Having read the papers and carefully considered the arguments and the relevant legal authority, and for the reasons stated on the record, the court DENIES plaintiff's motion without prejudice to renewal in a later motion for summary judgment.

    Plaintiff's motion essentially raises a choice of law issue that the court is not prepared to rule on at this stage. Not only does there need to be factual development of the underlying issues through discovery, but the California Supreme Court recently granted review in *Edwards v. Arthur Anderson*, 47 Cal.Rptr.3d 788 (Cal. Ct. App. Sept. 26, 2006), a case that will likely impact the issues raised by plaintiff's motion. Accordingly, plaintiff's motion is DENIED without prejudice.

Dated: December 13, 2006

**IT IS SO ORDERED.**

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge