## STANZLER FUNDERBURK & CASTELLON LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
180 MONTGOMERY STREET, SUITE 1700
SAN FRANCISCO, CALIFORNIA 94104-4205
(415) 677-1450
FAX (415) 677-1476
www.sfcfirm.com

LOS ANGELES ADDRESS
THE GAS COMPANY TOWER
555 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90013
(213) 623-7515
FAX (213) 532-3984

March 26, 2007

Hon. Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Frushell v. Blackstone Medical, Inc.
      No. C06-05690 PJH
      Letter Brief

Dear Judge Hamilton:

Defendant Blackstone Medical, Inc. respectfully requests that the date for mediation to be completed be extended from April 12, 2007 to June 12, 2007.

Mediation is now scheduled for April 5, 2007. However, the Defendant believes that the date is premature, because we have not been able to take any depositions before the mediation date, due to scheduling conflicts.

The deposition of the Plaintiff has been scheduled twice and each time had to be rescheduled at the request of the Defendant, due to scheduling conflicts that arose at the last minute. A second deposition of a third party was originally scheduled for March 16, 2007 but postponed at the request of that party, St. Francis Medical Technologies. That is the company which Plaintiff joined after leaving Blackstone Medical. The principal purpose of the deposition is to establish whether St. Francis is a competitor of Blackstone. The postponement was requested by the General Counsel of Kyphon, who explained that Kyphon had just acquired St. Francis Medical Technologies and that he was not familiar enough with the business of St.

Honorable Phyllis Hamilton
March 26, 2007
Page 2

Francis Medical Technologies to comply with the deposition notice and subpoena. No new date has been set for the deposition.

Everyone is now available to take the deposition of Plaintiff on April 5, 2007, since that time had previously been reserved for the mediation. However, we will not be able to complete the St. Francis deposition before the mediation.

Of course, we can go to mediation without these depositions being taken beforehand. However, it is the firm belief of Defendant that the mediation will be more productive if it is postponed until a later date, to accomodate these depositions. We have chosen June 12, 2007 as the date for completion of mediation, to make sure that the St. Francis deposition will be completed. This date will not affect any other dates in the Case Management and Pre-Trial Order.

Thank you for your consideration of this request.

Respectfully submitted,

Jordan S. Stanzler


cc: William Gaus, Esq., counsel for Plaintiff
    Ben Hamburg, Esq., Mediator

3/28/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA