DILLINGHAM & MURPHY, LLP
WILLIAM GAUS (SBN 054999)
EMAIL: wg@dillinghammurphy.com
BARBARA L. HARRIS CHIANG (SBN 206892)
EMAIL: bhc@dillinghammurphy.com
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

   Attorneys For Plaintiff and
   Counterdefendant Matthew Frushell


STANZLER FUNDERBURK & CASTELLON LLP
JORDAN S. STANZLER (SBN 54620)
EMAIL jstanzler@sfcfirm.com
180 Montgomery St., Suite 1700
San Francisco, CA 94104
Telephone:   (415) 677-1450
Facsimile:   (415) 677-1476

   Attorneys for Defendant and Counterclaimant
   Blackstone Medical, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FRUSHELL,<br><br>            PLAINTIFF,<br><br>    v.<br><br>BLACKSTONE MEDICAL, INC., a corporation, and DOES 1-10, INCLUSIVE,<br><br>            DEFENDANTS.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 3:06-cv-05690 PJH<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)<br>AND ORDER** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties MATTHEW FRUSHELL ("Frushell") and defendant and counterclaimant BLACKSTONE MEDICAL, INC.

//

//

Page 1 – CASE NO. 3:06-cv-05690 PJH
**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)**

("Blackstone Medical") hereby stipulate to a dismissal of all claims in the above-captioned case. This dismissal shall be with prejudice.

Respectfully submitted,

DATED: _____, 2007    DILLINGHAM & MURPHY, LLP
                          WILLIAM GAUS
                          BARBARA L. HARRIS CHIANG

                          BY: /S/ _____
                          ATTORNEYS FOR PLAINTIFF AND
                          COUNTERDEFENDANT MATTHEW FRUSHELL

DATED: July 16, 2007      STANZLER FUNDERBURK &
                          CASTELLON LLP
                          JORDAN S. STANZLER

                          BY: /S/ _____
                          ATTORNEYS FOR DEFENDANT AND
                          COUNTERCLAIMANT
                          BLACKSTONE MEDICAL, INC.

7/23/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA